IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 00-cr-00439-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     DWIGHT E. HERRERA;
2.     LIONEL AMOS;
3.     ERIC AMOS;
4.     CHRISTOPHER HOLYFIELD;
5.     HARVEY CASTEEL;
6.     WALLACE RAYMOND CROOKS;
7.     ROBERT E. DAVIS;
8.     DAMEON MOORE,
       a/k/a Damien Moore;
9.     CHRISTIAN JONES;
10.    MICHAEL TROY SMITH;
**11.**    **DAVID ABNEY, SR.;**
12.    TYRONE CARPENTER;
13.    PAMELA DIXON;
14.    LATICIA HOUSTON;
15.    JAMES E. LEE;
16.    DENISE E. KING;
17.    CEDRIC WILLIAMS;
18.    ALTONESE OLIVER;
19.    RACHEL OLIVER;
20.    JERRY MASCARENAS,

       Defendants.

**ORDER AND NOTICE OF HEARING ON LAW AND MOTION CALENDAR**

The following matter is set for a non-evidentiary hearing on the law and motion calendar of Judge Marcia S. Krieger to be held on **June 23, 2008 at 4:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, 9th Floor, Alfred A. Arraj U.S. Courthouse,

901 19th Street, Denver, Colorado. Counsel shall *bring their calendars*. The parties shall be prepared to address: (1) when and how long of an evidentiary hearing needs to be set to determine whether Defendant Abney is eligible for a reduction in sentence under 18 U.S.C. § 3582(c) due to the amendment of the crack cocaine sentencing guideline; (2) whether this Defendant needs to be present at any such evidentiary hearing; and (3) how long it would take to bring this Defendant to appear in person before this Court.

This is a scheduling hearing for which the Defendant does not need to appear. Counsel may appear at this hearing by telephone. To appear telephonically, counsel shall contact the Courtroom Deputy at **303-335-2185** no later than two court days before the hearing to make arrangements.

Dated this 20th day of May, 2008

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge

2